IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONALD CHARLES WILSON

                Petitioner,                ORDER

    v.                                                        13-cv-781-bbc

THOMAS H. BROUND,
DAVID H. SCHWARZ and
MINDY SONNENTAG

                Respondents.

---

On November 20, 2013, I denied petitioner's request to proceed *in forma pauperis* and I directed him to submit the $5 filing fee by December 12, 2013. Now petitioner has filed a motion for reconsideration of that order and/or a request for an extension of time to pay the filing fee in installments.

Upon review of petitioner's trust fund account, I find that I erred in my calculation. According to the trust account statement, in the past six months, petitioner's average monthly deposits have been $12.20. (His average monthly balance in his regular account is less than this amount.) Twenty percent of this figure is $2.44. Accordingly, I will grant petitioner's application for leave to proceed *in forma pauperis* on the condition that he prepay $2.44 and give him an extension of time in which to pay it.

                                          ORDER

    IT IS ORDERED that

    1.    Petitioner Donald Wilson's motion for reconsideration, dkt, 7, is GRANTED.

2. Petitioner's motion for leave to proceed *in forma pauperis*, dkt. 4, is GRANTED on the condition that he prepay the amount of $2.44. He may have until January 6, 2014, in which to submit a check or money order made payable to the clerk of court in the amount of $2.44. If, by January 6, 2014, petitioner fails to make the partial payment or show cause for his failure to do so, the clerk of court is directed to close this case for petitioner's failure to prosecute it.

Entered this 16th day of December, 2013.

                              BY THE COURT:

                              /s/
                              PETER OPPENEER
                              Magistrate Judge