IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD CHARLES WILSON,

    Petitioner,                  JUDGMENT IN A CIVIL CASE

v.                                  Case No. 13-cv-781-bbc

THOMAS H. BROUND,
DAVID H. SCHWARZ and
MINDY SOWNEWTAG,

    Respondents.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Donald Charles Wilson for a writ of habeas corpus under 28 U.S.C. § 2254.

/s/                                             3/25/2014

Peter Oppeneer, Clerk of Court                 Date