THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD CHARLES WILSON
    Petitioner,

                Case No. 13-CV-781-bbc

V.

THOMAS H. BROWN
DAVID H. SCHWARZ
MINDY SONNENTAG, and
JUDY SMITH
    Respondents.

NOTICE OF APPEAL

    Notice is hereby given that Donald Charles Wilson, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the 7th Circuit from the Final Judgment from an Order denying the petition of Donald Charles Wilson for a Writ of Habeas Corpus under 28 U.S.C. 2254 entered in this Action on the 25 day of March, 2014.

    Further, the petitioner wishes to seek a certificate of appealability from the Court of Appeals for the Seventh Circuit under Fed. R. App. P. 22 upon receipt of this notice.

Dated: March 27, 2014.

                            Donald C. Wilson-04643
                            Oshkosh Correctional Inst
                            P.O. Box 3310
                            Oshkosh, WI. 54903

[Stamp: 2014 MAR 31 AM 10:22 PETER OPPENEER CLERK US DIST COURT WD OF WI — DOC NO REC'D/FILED]